UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT | ) ) ) | |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:21-CV-317-FL |
| WESTECH ENGINEERING, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of petitioner's renewed motion to compel arbitration.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered September 1, 2021, that petitioner's motion to compel arbitration is granted.

**This Judgment Filed and Entered on September 1, 2021, and Copies To:**

Anthony J. Biller / Larry Love Coats (via CM/ECF Notice of Electronic Filing)
John Christopher Jackson / Clifton E. McCann (via CM/ECF Notice of Electronic Filing)

September 1, 2021            PETER A. MOORE, JR., CLERK

                            /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk